RECEIVED IN OFFICE OF
ROBERT B. COLLINGS
U.S. MAGISTRATE JUDGE

FEB 21 2013

UNITED STATES DISTRICT COURT
BOSTON, MASSACHUSETTS

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION

OF

QUINN MCCORMIC

Case No. 13-1080-RBC

## AFFIDAVIT OF WAIVER OF EXTRADITION

I, Quinn McCormic, having been fully informed by my attorney, Christopher S. Skinner, Esq., of my rights under the extradition treaty in force between the United States and Canada and Title 18, United States Code, § 3184 et seq., do hereby waive any and all such rights and ask the Court to expedite my return, in custody, to Canada.

My attorney, with whose services I am satisfied, has explained to me the terms of the extradition treaty in force between the United States and Canada, the applicable sections of Title 18, United States Code, and the complaint filed by the United States Attorney on behalf of the Government of Canada. I understand that, pursuant to Title 18, United States Code, Section 3184, I am entitled to a hearing at which certain facts would need to be established, including:

– that currently there is an extradition treaty in force between the United States and Canada that the treaty covers the offense[s] for which my extradition was requested;

– that I am the person whose extradition is sought by Canada; and

– that probable cause exists to believe that I committed the offenses for which extradition was requested.

I concede that I am the individual against whom charges are pending in Canada and for

whom process is outstanding there. I fully understand that in the absence of a waiver of my rights, I cannot be compelled to return to Canada unless and until a court in the United States issues a ruling certifying my extraditability and the Secretary of State of the United States orders my extradition by issuing a warrant of surrender.

I have reviewed the complaint and I fully understand my right to a hearing at which my counsel and I could challenge the extradition request presented by the Government of Canada.

I hereby waive my rights under the extradition treaty and the applicable sections of Title 18, United States Code, and agree to return to Canada to answer to the charges on February 22, 2013, and to share the details of my travel itinerary with the United States Marshals. Should I not appear in Canada on February 22, 2013, I understand that the Court will issue a warrant for my arrest. No representative, official, or officer of the United States or of the Government of Canada, nor any person whomsoever, has made any promise or offered any other form of inducement nor made any threat or exercised any form of intimidation against me. I execute this waiver of rights knowingly, voluntarily and entirely of my own free will and accord.

Dated this 21st day of February, 2013.

_____
QUINN McCORMIC

_____
Christopher S. Skinner, Esq.
Attorney for Quinn McCormic