

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

IN THE MATTER OF THE EXTRADITION

OF

QUINN MCCORMIC

Case No. 13-1080-RBC

ORDER

The Court having received the Complaint filed on February 20, 2013, by Laura J. Kaplan Assistant United States Attorney for the District of Massachusetts, for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada, for the provisional arrest and extradition of QUINN McCORMIC, and an affidavit executed by QUINN McCORMIC and witnessed by his attorney, Christopher S. Skinner;

And, further, the Court having been advised in open session that QUINN McCORMIC is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that QUINN McCORMIC be released pending his return to Canada tomorrow, February 22, 2013 for trial or other disposition; and

IT IS FURTHER ORDERED that QUINN McCORMIC will inform the United States Marshal of his travel itinerary for February 22, 2013; and

IT IS FURTHER ORDERED that should QUINN McCORMIC not return to Canada for trial or other disposition on February 22, 2013, he shall report to This Court by 4:00 pm or a warrant for his arrest will be issued.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 21st day of February, 2013.

FEB 2 1 2013

ROBERT B. COLLINGS
United States Magistrate Judge
District of Massachusetts