# UNITED STATES DISTRICT COURT

District of       MASSACHUSETTS

United States of America

V.

**QUINN MCCORMIC**

Defendant

**ORDER SETTING CONDITIONS OF RELEASE**

Case Number:     13-mj-1080-RBC

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. Including, but not limited to, 18 U.S.C. ss. 1503, 1512, 1513.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing before any change in address and telephone number and the new address proposed address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall appear at (if blank, to be notified)    US District Court
                                                                                                Place

Courtroom 23, 7th Floor.    on                                          Date and Time

**Release on Personal Recognizance or Unsecured Bond**

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✔ ) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence

( ) The defendant executes an unsecured bond binding the defendant to pay the United States the sum _____ dollars ( _____ )
in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

## ADDITIONAL CONDITIONS OF RELEASE

Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community.

IT IS FURTHER ORDERED that the release of the defendant is subject to the conditions marked below:

( ) The defendant is placed in the custody of:
Name of person(s) _____
Address _____
City and state _____ Tel. No. _____

who agrees (a) to supervise the defendant in accordance with all the conditions of release, (b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.

Signed: _____
                Custodian or Proxy             Date

_____
                Custodian or Proxy             Date

**Page** _____ **of** _____ .

## ADDITIONAL CONDITIONS OF RELEASE

(✔) (4) The defendant shall:

(a) Comply with Order concerning your travel to Canada on 2/22/13. Attached.

(b)

(c)

(d)

(e)

(f)

(g)

(h)

(i)

(j)

(k)

(l)

(m)

(n)

(o)

(p)

(q)

Page _____ of _____.

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS



IN THE MATTER OF THE EXTRADITION

OF

QUINN MCCORMIC

Case No. 13-1080-RBC

ORDER

The Court having received the Complaint filed on February 20, 2013, by Laura J. Kaplan Assistant United States Attorney for the District of Massachusetts, for and on behalf of the Government of Canada, pursuant to the request of the Government of Canada, for the provisional arrest and extradition of QUINN McCORMIC, and an affidavit executed by QUINN McCORMIC and witnessed by his attorney, Christopher S. Skinner;

And, further, the Court having been advised in open session that QUINN McCORMIC is a fugitive sought by the Government of Canada; that he is aware that the Government of Canada has filed charges against him and has obtained a warrant for his arrest; that he has reviewed the Complaint filed by the United States Attorney for this judicial district; that he has been fully advised of his rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Canada and Title 18, United States Code, § 3184 et seq., and that he has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that QUINN McCORMIC be released pending his return to Canada tomorrow, February 22, 2013 for trial or other disposition; and

IT IS FURTHER ORDERED that QUINN McCORMIC will inform the United States Marshal of his travel itinerary for February 22, 2013; and

IT IS FURTHER ORDERED that should QUINN McCORMIC not return to Canada for trial or other disposition on February 22, 2013, he shall report to This Court by 4:00 pm or a warrant for his arrest will be issued.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

SO ORDERED, this 21st day of February, 2013.

FEB 2 1 2013

ROBERT B. COLLINGS
United States Magistrate Judge
District of Massachusetts

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

X _[signature]_
Signature of Defendant

4 UNION PARK ST., APT #3
Address

BOSTON, MA 02
City and State          Telephone

## Directions to United States Marshal

( ✔ ) The defendant is ORDERED released after processing.
( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judge at the time and place specified, if still in custody.

Date _____

_____
Signature of Judicial Officer

NOREEN RUSSO - DEPUTY CLERK
Name and Title of Judicial Officer

Page _____ of _____