UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

QUINN MCCORMIC
Defendant

CRIMINAL CASE NO. 1:13-MJ-1080

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of 02/21/2013 to represent said defendant in this cause until further order of the Court.

SARAH ALLISON THORNTON,
Clerk of Court

02/27/2013
Date

By: /s/ Lucien Adam
Deputy Clerk