UNITED STATES DISTRICT COURT
IN CLERKS OFFICE
for the
2013 FEB 22 P 2:43  District of Massachusetts    2013 FEB 21 A 8:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE MATTER OF )
) Case No. 13-mj-1080-RBC
THE EXTRADITION OF )
)
QUINN MCCORMIC )

# ARREST WARRANT
(18 U.S.C. § 3184)

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED to arrest:**

## QUINN MCCORMIC

and bring him forthwith to the nearest magistrate judge to answer a Complaint filed pursuant to Section 3184 of Title 18 of the United States Code, seeking his provisional arrest and extradition to Canada.

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer: HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7420
Boston, Massachusetts 02210

Date and Location: FEB 20 2013

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY USMS | |
| DATE OF ARREST | BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/21/2013 | |